UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:08-CR-38-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| CHARLES ENNETT BEALON, JR, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Upon motion of the defendant, by and through counsel, it is hereby ORDERED that docket entry No. 99 be sealed until further order of the court.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to Defendant's Counsel.

SO ORDERED this 13th day of September, 2019.

THE HONORABLE LOUISE FLANAGAN
UNITED STATES DISTRICT COURT JUDGE